IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02061-CMA-KLM

THOMAS M. HOTWAGNER,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Qwest Communications International, Inc.'s Motion to Compel Discovery Responses and for Recovery of Attorneys' Fees** [Docket No. 11; Filed January 21, 2010] (the "Motion").  The Motion does not comply with the Court's procedures for resolving discovery disputes, as set forth in the Court's Order of October 29, 2009 [Docket No. 9].  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. Defendant may initiate a conference call with Plaintiff and then call chambers at 303-335-2770 to schedule a hearing, should the parties continue to be unable to resolve the discovery dispute at issue.

Dated:  January 26, 2010