IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02061-CMA-KLM

THOMAS M. HOTWAGNER,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion To Dismiss (Doc. # 16). The Court having considered the Motion to Dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own attorneys' fees and costs.

DATED: March __25__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge